Covenant Carpenters v. Covenant Construction Services